Case 1:19-cv-03766-ILG-ST   Document 21   Filed 11/13/19   Page 1 of 2 PageID #: 122
Case 1:19-cv-03766-ILG-ST                                Page 1 of 2 PageID #: 118

IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 13 2019 ★

BROOKLYN OFFICE

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEMYON GRINBLAT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>OFFICE SUPERSTORE EAST LLC, BIG B FOODS INC., 58-12 QUEENS BOULEVARD RETAIL CONDOMINIUM, LLC, JOHN DOE 1-X, persons yet unknown, **Limited Liability Companies, Partnerships, Corporations 1-X**, entities yet unknown,<br><br>Defendants. | **STIPULATION OF DISCONTINUANCE WITH PREJUDICE**<br><br><br><br><br><br>CASE NO.: 19-cv-3766-ILG-ST |

**IT IS HEREBY STIPULATED AND AGREED** by, and between, the attorney for the Plaintiff, SEMYON GRINBLAT, and the attorneys for the Defendants, OFFICE SUPERSTORE EAST LLC and 58-12 QUEENS BOULEVARD RETAIL CONDOMINIUM, LLC, that whereas no party hereto is an infant, or an incompetent person, for whom a committee has been appointed, and no person not a party having an interest in the subject matter of the action, the above-entitled action and all asserted, and non-asserted, claims, counterclaims and crossclaims are hereby dismissed with prejudice and without costs to any party, as against any other party, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties. This Court shall retain jurisdiction and be the proper venue regarding any dispute regarding the settlement agreement. This stipulation may be signed in counterparts.

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, a facsimile, photocopy, or electronic copy of a signature, shall have the same force and effect as an original signature.

Signed: November 8, 2019

*Michael Grinblat*

Michael Grinblat, Esq. (4159752)

Attorney for the Plaintiff
SEMYON GRINBLAT
Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

Signed: November 8, 2019

~~Joseph R. Harbeson~~, Esq.
Melissa Sanderleaf
Attorneys for the Defendants
OFFICE SUPERSTORE EAST LLC and
58-12 QUEENS BOULEVARD RETAIL
CONDOMINIUM, LLC
Ruskin Moscou Faltischek, P.C.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, NY 11556
Tel: (516) 663-6600
Email: ~~jharbeson@rmfpc.com~~
msanderleaf@rmfpc.com

SO ORDERED:

s/I. Leo Glasser, USDJ

I. Leo Glasser,
U.S. District Court Judge         11/12/19

2