IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 13 2019 ★

BROOKLYN OFFICE

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEMYON GRINBLAT, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> -against- <br><br> OFFICE SUPERSTORE EAST LLC, BIG B FOODS INC., 58-12 QUEENS BOULEVARD RETAIL CONDOMINIUM, LLC, JOHN DOE 1-X, persons yet unknown, **Limited Liability Companies, Partnerships, Corporations 1-X**, entities yet unknown, <br><br> Defendants. | NOTICE OF VOLUNTARY DISMISSAL OF BIG B FOODS INC., JOHN DOE 1-X AND CORPORATIONS 1-X <br><br><br> CASE NO.: 19-cv-3766-ILG-ST |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, SEMYON GRINBLAT, by and through his undersigned counsel, voluntarily dismisses the Defendants, BIG B FOODS INC., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, CORPORATIONS 1-X, entities yet unknown, from this action, without prejudice. As of the date of this notice, neither an answer to the Complaint, nor any motion has been filed by these defendants.

Dated: November 9, 2019

*Michael Grinblat*

Michael Grinblat, Esq. (4159752)

Attorney for the Plaintiff
Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

SO ORDERED:

_____
I. Leo Glasser,
U.S. District Court Judge

1